**IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**Case No. 1:23-cv-24560-KMW**

RICHARD SANCRUZADO,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff Richard Sancruzado, by and through undersigned counsel, pursuant to Rule Fla. R. Civ. P. 1.420(a)(1), hereby files this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

    DATED: May 2, 2024

                                        Respectfully Submitted,

                                        /s/ Jennifer G. Simil             .
                                        **JIBRAEL S. HINDI, ESQ.**
                                        Florida Bar No.: 118259
                                        E-mail:    jibrael@jibraellaw.com
                                        **JENNIFER G. SIMIL, ESQ.**
                                        Florida Bar No.: 1018195
                                        E-mail:    jen@jibraellaw.com
                                        The Law Offices of Jibrael S. Hindi
                                        110 SE 6th Street, Suite 1744
                                        Fort Lauderdale, Florida 33301
                                        Phone:    954-907-1136
                                        Fax:        855-529-9540

                                        *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 2, 2024, the foregoing was electronically filed with the Clerk of the Court using the Florida e-filing system which will send a notice of electronic filing to all counsel of record.

                  Respectfully Submitted,

                  /s/Jennifer G. Simil                           .
                  **JENNIFER G. SIMIL, ESQ.**
                  Florida Bar No.: 1018195

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com